UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17 CR 234 RLW ) |
| MOHAMMED ALMUTTAN, et al, | ) ) |
| Defendants. | ) |

## STATUS OF CASE

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and John J. Ware, Assistant United States Attorney for said district, with consent of the other parties and files this status of the case:

1. The Court has requested a written status of the case to be filed on January 15, 2021, after receiving one on October 15, 2020.

2. The parties believe that with the anticipated resumption of general court proceedings in the spring of this year, that an attorneys-only conference should be set for April 16, 2021, or any time thereafter. The conference would be for the purpose of scheduling hearing dates for any motions requiring a hearing that are still pending on that date.

3. All defendants remain on bond without significant violations.

Therefore, in the interests of justice and to maintain social distancing, the parties request an attorneys-only scheduling conference set April 16, 2021, or thereafter.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ John J. Ware*
JOHN J. WARE, #40880MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                         */s/ John J. Ware*
                                         JOHN J. WARE, #40880MO
                                         Assistant United States Attorney